UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13

MORENA M. NOSEK                                     CASE NO. 11-81998

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Bank of America NA            **Court claim #:** (if known) 9

**Last four digits** of any number used to identify the debtor's account:  0 8 1 2

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $13,344.67 + $400 cost of collection = $13,744.67 |
| Amount Paid by Trustee | $13,744.67 |

| *Monthly Ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  12/13/2011                          /s/Lydia S. Meyer
                                            Lydia S. Meyer, Trustee
                                            308 W. State St., Suite 212
                                            Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 13th Day of December, 2011.

Dated: 12/13/2011                           /s/Cynthia K. Burnard

BANK OF AMERICA NA
7105 CORPORATE DR
PTX-B-209
PLANO, TX 75024

BANK OF AMERICA NA
BANKRUPTCY DEPT MC: CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065

BANK OF AMERICA
450 AMERICAN STREET
SIMI VALLEY, CA  93065

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

MORENA M. NOSEK
990 SHEFFIELD DRIVE
CRYSTAL LAKE, IL  60014

ATTORNEY SANDRA LEVITT
ZALUTSKY & PINSKI, LTD
20 N. CLARK, SUITE 600
CHICAGO, IL  60602